

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | | | |
|---|---|---|---|---|
| ROSALIO TAVAREZ, | | § | | No. 08-22-00119-CR |
| | Appellant, | § | | Appeal from the |
| v. | | § | | 441st Judicial District Court |
| THE STATE OF TEXAS, | | § | | of Midland County, Texas |
| | Appellee. | § | | (TC# CR54935) |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF JUNE, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.